UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE TAYLOR,

        Plaintiff,

                                        Case No. 05-CV-70489

vs.                                  HON. GEORGE CARAM STEEH

CITY OF DETROIT, et al.,

        Defendants.
_____/

<u>JUDGMENT</u>

      Pursuant to the court's order of even date granting in part the defendants City of

Detroit's and individual Detroit Police Officers' motion for summary judgment as to plaintiff

Yvonne Taylor's federal 42 U.S.C. § 1983 claims,

      IT IS ORDERED AND ADJUDGED that judgment hereby is entered in favor of the

City of Detroit defendants and against plaintiff Taylor.  Taylor's federal claims as alleged

in Counts I, II, and III are hereby DISMISSED with prejudice.  Taylor's state law claims as

alleged in Counts V-VIII are hereby DISMISSED without prejudice with the court declining

to exercise supplemental jurisdiction.  28 U.S.C. § 1367(c).

      Dated at Detroit, Michigan, January 23, 2007.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                                BY: <u>s/Josephine Chaffee</u>
                                   DEPUTY COURT CLERK

---

CERTIFICATE OF SERVICE

Copies of this Judgement were served upon attorneys of record on
January 23, 2007, by electronic and/or ordinary mail.

<u>s/Josephine Chaffee</u>
Deputy Clerk